IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Magistrate No. 25-2079

                                                **[UNDER SEAL]**

DARWIN ALEXANDER DAVILA-PEREZ

O R D E R

AND NOW, to wit, this 23rd day of December, 2025, upon consideration of the

Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States

of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of

defendant, DARWIN ALEXANDER DAVILA-PEREZ.

Bond shall be set by the United States Magistrate Judge.

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney