## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs

Darwin Alexander Davila-Perez

DATE ARRESTED: Ø Writ

| | |
|---|---|
| MAGISTRATE JUDGE'S DOCKET NO. | 2:25-mj-2079 |
| DATE OF COMPLAINT | 12/22/2025 |
| CRIMINAL DOCKET NO. | |
| DATE OF INDICTMENT | |
| ORIGINATING DISTRICT (if applicable) | |

### INITIAL APPEARANCE

| Presiding | ☐ BROWN | ☐ DODGE | Date: | 1/12/2026 | CD # _____ |
| Magistrate | ☐ KELLY | ☐ LANZILLO | Time: | 11:00 am – 11:08 am | Court Reporter: none |
| Judge | ☐ PESTO | ☐ TAYLOR | | | |

U. S. ATTORNEY: Lee Fay          INTERPRETER: Ana Fahr * Spanish

**1. RIGHTS EXPLAINED**

☐ Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

☑ Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

☐ Read     ☑ Summarized     ☑ Reading waived

☐ Defendant provided with a copy of the charges

☑ Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

☐ Read     ☑ Summarized     ☐ Reading waived

**4. COUNSEL**

☑ Defendant requested appointment          ☐ Defendant waived appointment

☐ Defendant represented by: Jane Morrison

☐ Defendant expects to retain: _____

☑ Affidavit executed.

☐ Not Qualified     ☑ Qualified     ☐ With possible requirement for partial or full payment

☑ Federal Public Defender appointed

☐ CJA Panel Attorney _____ appointed

**5. BAIL**     Recommended Bond: Detention

Bond Set at:

☐ By Consent          ☐ Additional Conditions Imposed: _____

☐ By Magistrate Judge

☑ Temporary Commitment issued     ☐ Final Commitment issued

Bond/Detention Hearing set for: Waived

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment set for: 1/16 at 10:30 am     before Magistrate Judge Dodge

WDPA Rev 06/24