1544

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 26-16 |
| v. ) | |
| ) | (18 U.S.C. §§ 111(a)(1) and (b)) |
| DARWIN ALEXANDER DAVILA-PEREZ ) | |

**INDICTMENT**

**COUNT ONE**

FILED
FEB 0 3 2026
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

The grand jury charges:

On or about December 17, 2025, in the Western District of Pennsylvania, the defendant, DARWIN ALEXANDER DAVILA-PEREZ, did intentionally and unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with and inflict bodily injury upon a person designated in section 1114 of Title 18, United States Code, that is, an officer or an employee of the United States or of any agency in any branch of the United States Government, to wit, a member of U.S. Immigration and Customs Enforcement, while said person was engaged in or on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
LEE A. FRY
Assistant United States Attorney
PA ID No. 325861