UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   Criminal No. 2:26-cr-16

DARWIN ALEXANDER DAVILA-PEREZ

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. _____   Judge: _____

CATEGORY: 1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ◯ Fraud and Property Offenses (Defs: ◯1-2 ◯3-9 ◯10+)
3. ⦿ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ◯ All Others

Previous Proceedings before Magistrate Judge: Honorable Patricia L. Dodge
Case No.: 25-MJ-2079
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ⦿ is in custody  ◯ is not in custody
Custody is ◯ State  ⦿ Federal  Name of Institution: Allegheny County Jail

Defendant ◯ is  ⦿ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: FEB 0 3 2026

*s/ Lee A. Fry*
LEE A. FRY
Assistant U.S. Attorney
PA ID No. 325861