IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:26-cr-16 |
| DARWIN ALEXANDER DAVILA-PEREZ | |

ARRAIGNMENT PLEA

Defendant DARWIN ALEXANDER DAVILA-PEREZ

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)