# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# CLERK OF COURT

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                    Case No.: 2:26–cr–00016–NBF

                                                                             Judge Nora Barry Fischer

DARWIN ALEXANDER DAVILA–PEREZ

                                      Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *DARWIN ALEXANDER DAVILA–PEREZ*. Arraignment set for 2/11/2026 at 02:00 PM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. (dmh)

Joseph F. Weis, Jr. U. S. Courthouse<br>
700 Grant Street<br>
Pittsburgh, PA 15219

February 5, 2026

s/ Brandy S. Lonchena, Clerk<br>
s/ Deborah M Hamilton, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.